1  Bertrand LeBlanc II, No. 071617
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:  415.989.5900
4  Facsimile:  415.989.0932
   Email:  bleblanc@cbmlaw.com
5
   Attorneys for Defendant
6  LG ELECTRONICS U.S.A., INC.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  LEXINGTON INSURANCE              No. C07 06425 PVT
    COMPANY, A DELAWARE
13  CORPORATION,                     NOTICE OF REMOVAL OF ACTION UNDER
                                     28 U.S.C. § 1441(B) DIVERSITY
14              PLAINTIFF,
                                     Complaint Filed: December 6, 200
15      v.                           Complaint Served: December 19, 2007
                                     Answer Filed in State Court: None
16  LG ELECTRONICS U.S.A., INC.,
    PWI CONSTRUCTION, STEVEN
17  HERRERA, INNOVATVE
    RENOVATIONS SERVICES, INC.,
18  AND DOES 1-100,

19              DEFENDANTS.

20

21      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22      PLEASE TAKE NOTICE that Defendant LG Electronics U.S.A., Inc. (hereinafter

23  "LGE" hereby removes to this Court the state court action described below.

24      1.   On December 6, 2007, an action was filed in the Superior court of the

25  State of California for Monterey County, entitled *Lexington Insurance Company, a*

26  *Delaware Corporation v. LG Electronics U.S.A., Inc., PWI Construction, Steven Herrera*

27  *Innovative Renovations Services, Inc., and Does 1-100*, Case No. M87909 (hereinafter

28  referred to as "the Action"). A true and correct copy of plaintiff's Complaint served on

CBM-SF\SF387316.1

NOTICE OF REMOVAL

1  named defendant LG Electronics U.S.A., Inc. in this Action is attached to this Notice and
2  is identified and referenced as Exhibit A.

3      2.    LGE has not yet answered the Complaint nor otherwise appeared in the
4  Action. As of the date of preparation of this Notice of Removal LGE believes that no
5  other named parties have yet been served as defendants in the Action, and none has yet
6  appeared in this case.

7      3.    Although the amount in controversy is not stated in the Complaint, LGE
8  is informed and believes that plaintiff Lexington alleges it has sustained more than
9  $750,000 in damages to physical property and economic loss. Accordingly, LGE has a
10 good faith belief that Plaintiff will seek damages substantially in excess of the federal
11 diversity jurisdictional amount.

12     4.    At the time the Action was commenced and presently, LGE was, and still
13 is, a corporation incorporated under the laws of the state of Delaware, having its principal
14 place of business in Englewood Cliffs, New Jersey.

15     5.    LGE is informed and believes that Defendants PWI Construction and
16 Innovative Renovation Services are incorporated in the state of Arizona with their
17 principal place of business in Mesa, Arizona. LGE is likewise informed and believes that
18 defendant Steven Herrera is president of Innovative Restoration Services and is a resident
19 of the state of Arizona.

20     6.    At the time the Action was commenced and presently, according to the
21 allegations of its complaint, Plaintiff Lexington Insurance Company is a Delaware
22 corporation. LGE is informed and believes that Plaintiff's principal place of business is in
23 Boston, Massachusetts.

24     7.    The district court has original jurisdiction of this Action pursuant to 28
25 U.S.C. § 1332(a). The Action is a civil action between citizens of different states and the
26 matter in controversy exceeds the sum of $75,000, exclusive of costs and interest. LGE is
27 not a citizen of the state of California. This petition is filed within the time specified
28

under 28 U.S.C. § 1446(b). Accordingly, the matter is subject to removal on diversity grounds pursuant to 28 U.S.C. § 1441(b).

Dated: December 20, 2007

                         CARROLL, BURDICK & McDONOUGH LLP

By _____
       Bertrand LeBlanc II
Attorneys for Defendant
LG ELECTRONICS U.S.A., INC.