Bertrand LeBlanc II, No. 071617
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: bleblanc@cbmlaw.com

Attorneys for Defendant
LG ELECTRONICS U.S.A., INC.

*Filed DEC 2- 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

*E-FILING*

*ADR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, A DELAWARE CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>LG ELECTRONICS U.S.A., INC., PWI CONSTRUCTION, STEVEN HERRERA, INNOVATVE RENOVATIONS SERVICES, INC., AND DOES 1-100,<br><br>DEFENDANTS. | No. **C07 06425 PVT**<br><br>NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT<br><br>Complaint Filed: December 6, 2007<br>Complaint Served: December 19, 2007<br>Answer Filed in State Court: None |

TO PLAINTIFF LEXINGSTON INSURANCE COMPANY AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California, San Jose Division, on December 20, 2007.

CBM-SF\SF387339.1

1     A copy of said Notice of Removal is attached to this Notice as Exhibit A and is
2 served and filed herewith.
3     Dated: December 20, 2007

                                  CARROLL, BURDICK & McDONOUGH LLP

                                  By _____
                                         Bertrand LeBlanc II
                                Attorneys for Defendant
                                LG ELECTRONICS U.S.A., INC.

CBM-SF\SF387339.1                     -2-

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT