1  Bertrand LeBlanc II, No. 071617
   **CARROLL, BURDICK & McDONOUGH** LLP
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:   415.989.5900
4  Facsimile:   415.989.0932
   Email:       bleblanc@cbmlaw.com
5
   Attorneys for Defendant
6  LG ELECTRONICS U.S.A., INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | LEXINGTON INSURANCE          | No. C07 06425 PVT
   | COMPANY, A DELAWARE          |
13 | CORPORATION,                 | **PROOF OF SERVICE**

14 |        PLAINTIFF,            |

15 |        V.                    |

16 | LG ELECTRONICS U.S.A., INC., |
   | PWI CONSTRUCTION, STEVEN     |
17 | HERRERA, INNOVATVE           |
   | RENOVATIONS SERVICES, INC.,  |
18 | AND DOES 1-100,              |

19 |        DEFENDANTS.           |

20

21       I declare that I am employed in the County of San Francisco, California. I am

22 over the age of eighteen years and not a party to the within cause; my business address is

23 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On December 21, 2007, I

24 served the enclosed:

25       • **Notice That Action Has Been Removed to Federal Court**

26       • **Civil Cover Sheet**

27       • **Notice of Removal of Action Under 28 U.S.C. § 1441(b) Diversity**

28       • **Notice to Adverse Party of Removal to Federal Court**

CBM-SF\SF387796.1

---

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1  • **Order Setting Initial Case Management Conference and ADR Deadlines**
2  
3  • **Guidelines; General Order No. 40**

4  on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed
5  envelope and, following ordinary business practices, said envelope was placed for mailing
6  and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate
7  place for mail collected for deposit with the United States Postal Service. I am readily
8  familiar with the Firm's practice for collection and processing of
9  correspondence/documents for mailing with the United States Postal Service and that said
10 correspondence/documents are deposited with the United States Postal Service in the
11 ordinary course of business on the same day.

12 Gerard P. Harney, Esq.
   Cozen O'Connor
13 501 West Broadway, Suite 1610
   San Diego, CA 92101-3557
14 (619) 234-1700
   **Fax (619) 234-7831**
15
16 I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service is made, and that this declaration was executed on December 21, 2007, at San Francisco, California.
17
18
19 _____
   Kathy N. O'Dea

CBM-SF\SF387796.1                                   -2-

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**