1  Bertrand LeBlanc II, No. 071617
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:   415.989.5900
4  Facsimile:   415.989.0932
   Email:       bleblanc@cbmlaw.com
5
   Attorneys for Defendant
6  LG ELECTRONICS U.S.A., INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | LEXINGTON INSURANCE          | No. C07 06425 PVT
   | COMPANY, A DELAWARE
13 | CORPORATION,                 | **CONSENT TO REMAND TO STATE COURT**
14 |          PLAINTIFF,          | Complaint Filed in State Court: 12/6/07
   |                              | Complaint Served: 12/19/07
15 |     V.                       | Case Removed to Federal Court: 12/20/07
16 | LG ELECTRONICS U.S.A., INC.,
   | PWI CONSTRUCTION, STEVEN
17 | HERRERA, INNOVATVE
   | RENOVATIONS SERVICES, INC.,
18 | AND DOES 1-100,
19 |          DEFENDANTS.

20

21     Defendant and Cross-Claimant LG ELECTRONICS U.S.A., INC. hereby
22 voluntarily consents to and agrees to remand this action to the state court from which it
23 was removed.

24 Dated: January 16, 2008              CARROLL, BURDICK & McDONOUGH LLP

25
                                        By _____
26                                               Bertrand LeBlanc II
                                        Attorneys for Defendant
27                                      LG ELECTRONICS U.S.A., INC.

28

CBM-SF\SF390119.1