Gerard P. Harney (SBN 129162)
COZEN O'CONNOR
Suite 1610, 501 West Broadway
San Diego, CA  92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831
email: gharney@cozen.com


Attorneys for Plaintiff
Lexington Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LG ELECTRONICS U.S.A., INC., PWI CONSTRUCTION, STEVEN HERRERA, INNOVATIVE RENOVATIONS SERVICES, INC., and DOES 1-100,<br><br>　　　　Defendants. | Case No.: C 07-06425 PVT<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**<br><br>Date:　　February 26, 2008<br>Time:　　10:00 a.m.<br>Complaint<br> filed:　　　　12/6/07<br>U.S. District<br>Magistrate Judge: Patricia V. Trumbull |

　　　Plaintiff and Defendant, LG Electronics U.S.A., Inc., are both incorporated in the State of Delaware and, therefore, diversity of citizenship does not exist in this case pursuant to 28 U.S.C. §1332(a)(1) and (c)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  As this court lacks subject matter jurisdiction, this case
2  must be remanded to State Court pursuant to 28 U.S.C. §1447(c).

Respectfully submitted,

DATED: January ___, 2008          COZEN O'CONNOR


By:_____
   GERARD P. HARNEY
   Attorneys for Plaintiff
   LEXINGTON INSURANCE COMPANY