1  Gerard P. Harney (SBN 129162)
   COZEN O'CONNOR
2  Suite 1610, 501 West Broadway
   San Diego, CA  92101
3  Telephone: 619.234.1700
   Toll Free Phone: 800.782.3366
4  Facsimile: 619.234.7831
   email: gharney@cozen.com
5

6  Attorneys for Plaintiff
   Lexington Insurance Company
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 | LEXINGTON INSURANCE COMPANY, a    ) Case No.: C 07-06425 PVT
   | Delaware Corporation,             )
12 |                                   )
   |           Plaintiff,              ) **PLAINTIFF'S MEMORANDUM OF**
13 |                                   ) **POINTS AND AUTHORITIES IN**
   |      vs.                          ) **SUPPORT OF MOTION TO REMAND**
14 |                                   )
   | LG ELECTRONICS U.S.A., INC., PWI  ) Date:    February 26, 2008
15 | CONSTRUCTION, STEVEN HERRERA,     ) Time:    10:00 a.m.
   | INNOVATIVE RENOVATIONS SERVICES,  ) Complaint
16 | INC., and DOES 1-100,             )  filed:         12/6/07
   |                                   ) U.S. District
17 |           Defendants.             ) Magistrate Judge: Patricia V.
   |                                   )                   Trumbull
18

19     Plaintiff and Defendant, LG Electronics U.S.A., Inc., are both

20 incorporated in the State of Delaware and, therefore, diversity of

21 citizenship does not exist in this case pursuant to 28 U.S.C.

22 §1332(a)(1) and (c)(1).

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  As this court lacks subject matter jurisdiction, this case
2  must be remanded to State Court pursuant to 28 U.S.C. §1447(c).

Respectfully submitted,

DATED: January ___, 2008          COZEN O'CONNOR


By:_____
    GERARD P. HARNEY
    Attorneys for Plaintiff
    LEXINGTON INSURANCE COMPANY