Gerard P. Harney (SBN 129162)
COZEN O'CONNOR
Suite 1610, 501 West Broadway
San Diego, CA  92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831
email: gharney@cozen.com

Attorneys for Plaintiff
Lexington Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LG ELECTRONICS U.S.A., INC., PWI CONSTRUCTION, STEVEN HERRERA, INNOVATIVE RENOVATIONS SERVICES, INC., and DOES 1-100,<br><br>　　　　Defendants. | Case No.: C 07-06425 PVT<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Date:　　　February 26, 2008<br>Time:　　　10:00 a.m.<br>Complaint<br>　filed:　　　12/6/07<br>U.S. District<br>Magistrate Judge: Patricia V. Trumbull |

　　Plaintiff hereby moves this Court to remand this case to State Court pursuant to 28 U.S.C. §1447(c) as there does not exist complete diversity of citizenship between the parties.  This Court, therefore, lacks subject matter jurisdiction of this action. Please take notice that a hearing on such motion will be held before the Honorable Patricia V. Trumbull on February 26, 2008 at 10:00 a.m.

　　1.　 This action was brought by Plaintiff, Lexington Insurance Company, in the Superior Court of California, Monterey County, on December 6, 2007.  A true and correct copy of the State Court

1  Complaint is attached hereto and incorporated herein as Exhibit
2  "A."  As noted therein, the Complaint seeks the recovery of damages
3  paid by Lexington Insurance Company as a result of a fire which
4  occurred at the Ventana Inn and Spa in Big Sur, California, as a
5  result of a fire occurring on October 24, 2006.
6      2.   As further noted in the Complaint, Lexington Insurance
7  Company is a Delaware corporation.  Attached hereto as Exhibit "B"
8  is a true and correct copy of a Certified Amended and Restated
9  Certificate of Incorporation issued by the State of Delaware's
10 Department of Insurance confirming Lexington Insurance Company's
11 incorporation in the State of Delaware as of March 31, 1965.
12     3.   One of the defendants sued in the above State Court
13 action was LG Electronics U.S.A., Inc.  The Complaint alleges that
14 the fire was due to defects in the plasma screen television
15 manufactured by this defendant which was within the guest room
16 where the fire occurred.
17     4.   On or about December 20, 2007, LG Electronics U.S.A.,
18 Inc. filed its Notice of Removal of Action under 28 U.S.C. §1441(b)
19 alleging diversity jurisdiction in this Court.  A true and correct
20 copy of the Removal Petition is attached hereto and incorporated
21 herein as Exhibit "C."
22     5.   As noted in Paragraph 4 of the Removal Petition, LG
23 Electronics U.S.A., Inc. is also incorporated under the laws of the
24 State of Delaware.
25     6.   Pursuant to 28 U.S.C. 1332(c)(1), LG Electronics U.S.A.,
26 Inc. is a citizen of the State in which it is incorporated <u>and</u> the
27 State where it has its principal place of business.  As Plaintiff
28 and LG Electronics U.S.A., Inc. are both citizens of the State of

1 | Delaware, they are not citizens of different States as required by
2 | 28 U.S.C. §1332(a)(1). This Court otherwise has no jurisdiction
3 | over this matter. Therefore, it is respectfully requested that
4 | this matter be remanded to State Court for all further proceedings.

                                       Respectfully submitted

DATED: January 15, 2008     COZEN O'CONNOR

                                       By: _____
                                            GERARD P. HARNEY
                                            Attorneys for Plaintiff
                                            LEXINGTON INSURANCE COMPANY