UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LG ELECTRONICS U.S.A., INC., PWI CONSTRUCTION, STEVEN HERRERA, INNOVATIVE RENOVATIONS SERVICES, INC., and DOES 1-100,<br><br>　　　　Defendants. | Case No.: C 07-06425 PVT<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br>Date:　　　　February 26, 2008<br>Time:　　　　10:00 a.m.<br>Complaint<br>　filed:　　　　12/6/07<br>U.S. District<br>Magistrate Judge: Patricia V. Trumbull |

　　Plaintiff, having moved to remand this matter, and the Court having concluded that complete diversity of citizenship does not exist between Plaintiff and Defendant, LG Electronics U.S.A., Inc., as required by 28 U.S.C. 1332(a)(1) and (c)(1), this matter is hereby remanded to State Court for all further proceedings.

DATED: _____, 2008

　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge