Bertrand LeBlanc II, No. 071617
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: bleblanc@cbmlaw.com

Attorneys for Defendant
LG ELECTRONICS U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, A DELAWARE CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>LG ELECTRONICS U.S.A., INC., PWI CONSTRUCTION, STEVEN HERRERA, INNOVATVE RENOVATIONS SERVICES, INC., AND DOES 1-100,<br><br>DEFENDANTS. | No. C07 06425 PVT<br><br>**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**<br><br>Complaint Filed in State Court: 12/6/07<br>Complaint Served: 12/19/07<br>Case Removed to Federal Court: 12/20/07 |

Defendant LG ELECTRONICS U.S.A., INC. hereby consents to Magistrate Judge jurisdiction for purposes of remand proceedings. Defendant notes that it filed a consent to remand this case to state court on January 16, 2008.

Dated: January 18, 2008

CARROLL, BURDICK & McDONOUGH LLP

By _____
Bertrand LeBlanc II
Attorneys for Defendant
LG ELECTRONICS U.S.A., INC.

CBM-SF\SF390647.1

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE