UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS, U.S.A, INC., et al.,<br><br>    Defendants.  | Case No.: C 07-6425 PVT<br><br>**AMENDED ORDER REMANDING CASE TO STATE COURT** |

On December 20, 2007, Defendant LG Electronics, U.S.A, Inc. ("Defendant") filed a notice of removal in which it claimed this court has diversity jurisdiction despite the fact that, as expressly noted in the notice of removal, both Defendant and Plaintiff are citizens of the same state (Delaware). On January 16, 2008, Defendant filed a document entitled "Consent to Remand to State Court." Later that day, Plaintiff filed a motion to remand for lack of subject matter jurisdiction. All parties who have appeared have filed a consent to Magistrate Judge jurisdiction. Based on the documents filed by the parties and the file herein,

IT IS HEREBY ORDERED that, because it is clear from the record that there is a lack of complete diversity between the parties, this case is REMANDED to the Superior Court of California in and for the County of Monterey. The Clerk of the Court shall return the file to the Superior Court of California in and for the County of Monterey, and shall close this court's file.

Dated: *1/22/08*

                                                                                                 *Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*